IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERRY BAUDISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:19-CV-00512-MAB |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated June 15, 2020, Defendant Walmart, Inc. was **DISMISSED with prejudice** from this action. Accordingly, this action was **DISMISSED with prejudice** in its entirety pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 15, 2020

                                                      **MARGARET M. ROBERTIE,**
                                                      **Clerk of Court**

                                                      BY: /s/ *Jennifer Jones*
                                                               **Deputy Clerk**

APPROVED: /s/ Mark A. Beatty
                     **MARK A. BEATTY**
                     **United States Magistrate Judge**